George Moore, appellant, v. E. L. Ferguson, appellee. Gen. No. 32,455.

Opinion filed May 2, 1928.

Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

A. Berke, appellee, v. William J. Conroy and Helen Conroy, appellants. Gen. No. 32,158.

Opinion filed May 8, 1928.

Charles F. Vogel and Earl C. Hales, for appellants. A. S. and E. W. Froehlich, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Walter Wolczek, by Antonia Wolczek, appellee, v. Public Service Company of Northern Illinois, appellant. Gen. No. 32,200.

Gridley, J., dissents. Opinion filed May 8, 1928.

Gardner, Foote, Burns & Morrow, for appellant; Walter M. Fowler, of counsel. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Victoria Eastman, appellee, v. James Gavin, appellant. Gen. No. 32,304.

Opinion filed May 8, 1928.

Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. Clarence S. Darrow and William H. Holly, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.